**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR ANAYA,<br><br>         **Plaintiff,**<br><br>         v.<br><br>JPMORGAN CHASE BANK, N.A.; WELLS FARGO BANK, N.A.; and DOES 1 through 25 inclusive,<br><br>         **Defendants.** | **CASE NO. 1:19-cv-00729-LJO-EPG**<br><br>**ORDER GRANTING UNOPPOSED MOTIONS TO DISMISS (ECF NOS. 10 & 12); VACATING JULY 2, 2019 HEARING.** |

Plaintiff Oscar Anaya, who is proceeding *pro se*, filed this action on April 22, 2019 in Madera County Superior Court. ECF No. 1-1 (Complaint). Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and JPMorgan Chase Bank, N.A. ("JPMorgan") timely removed. *See* ECF No. 1 at 3. The Complaint alleges various causes of action related to Plaintiff's attempts to obtain a loan modification in connection with at least one loan secured by property in Madera, California. ECF No. 1-1 at 7-9. Plaintiff alleges that he entered into a forbearance agreement in 2010 with JPMorgan, but that JPMorgan breached the agreement and other legal duties (statutory and common law) to Plaintiff. *See generally* ECF No. 1-1. It

1

| | |
|---|---|
| 1 | is unclear what unlawful acts, if any, Plaintiff alleges Wells Fargo engaged in. *Id*. |
| 2 | On May 30, 2019, Defendants separately moved to dismiss the Complaint for failure to state a |
| 3 | claim pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF Nos. 10 & 12. The motions were set |
| 4 | for hearing on July 2, 2019, making any opposition due June 18, 2019. *See* E.D. Cal. Local Rule 230(c). |
| 5 | That date has come and gone with Plaintiff filing no opposition to the motions. Because of his non- |
| 6 | opposition, Plaintiff is not entitled to be heard at any hearing pertaining to the motion do dismiss. *See id*. |
| 7 | The Court declines to address the arguments made in the motion in detail and instead summarily |
| 8 | DISMISSES the Complaint on the basis that the plaintiff expresses no opposition to the motion to |
| 9 | dismiss. *See Way v. JPMorgan Chase Bank, N.A.*, No. 2:16-CV-02244 TLN KJN, 2019 WL 1405599, at |
| 10 | *1 (E.D. Cal. Mar. 28, 2019) (reviewing local rules and caselaw permitting summary dismissal under |
| 11 | similar circumstances). This dismissal is WITHOUT leave to amend, as the claims in this case all appear |
| 12 | to be time-barred. *See* ECF No. 12 at 3. |

**CONCLUSION AND ORDER**

For the reasons set forth above, Defendants' motions to dismiss are GRANTED WITHOUT LEAVE TO AMEND. The hearing on the motions, currently set for July 2, 2019, is VACATED. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **June 24, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE